UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS GREMMELS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMERSONS SPORT TRAINING AND FITNESS,<br><br>　　　　Defendant. | Case No. 21-cv-06104-SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION**<br><br>Re: Dkt. No. 19 |

On August 13, 2021, Magistrate Judge Beeler issued a screening order concluding plaintiff's complaint failed Section 1925 review. Dkt. No. 6. Judge Beeler concluded that plaintiff's complaint failed to raise a federal claim or a claim upon which relief may plausibly be granted. *Id*. Plaintiff was granted leave to file an amended complaint to cure the deficiencies. *Id*. On November 5, 2021, plaintiff filed an amended complaint. Dkt. No. 19. Because not all parties consented to magistrate-judge jurisdiction, this case was reassigned to a district court judge on November 12, 2021. *Id*. That same day, Judge Beeler issued a Report and Recommendation to dismiss the complaint due to frivolousness and failure to establish federal question or diversity jurisdiction. *Id*. The parties were then given until November 26, 2021 to file objections. Other than an email sent to the Clerk's office by plaintiff on November 28, 2021, no formal objections were entered.

This Court has reviewed plaintiff's amended complaint de novo, Judge Beeler's initial Section 1915 Order Screening Complaint, and the Report and Recommendation to Dismiss. This

Court agrees with the analysis presented by Judge Beeler and finds that the complaint fails to present a basis for the Court's federal question or diversity jurisdiction. Accordingly, this Court hereby ADOPTS the Report and Recommendation and DISMISSES this case without prejudice.

**IT IS SO ORDERED**.

Dated: November 29, 2021

_____

SUSAN ILLSTON
United States District Judge