UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS GREMMELS, <br><br> Plaintiff, <br><br> v. <br><br> EMERSONS SPORT TRAINING AND FITNESS, <br><br> Defendant. | Case No. 21-cv-06104-SI <br><br> **ORDER REVOKING *IN FORMA PAUPERIS* STATUS ON APPEAL** <br><br> Re: Dkt. No. 32 |

The Court has received a referral notice from the Ninth Circuit Court of Appeal. The notice directs the Court to determine whether *in forma pauperis* status should continue for plaintiff's appeal or whether the appeal is frivolous or taken in bad faith. *See* 28 U.S.C. § 1915(a)(3).

The Court has reviewed the docket and determines that the appeal is frivolous for the reasons stated in the order dismissing the complaint, namely, that plaintiff's complaint clearly lacks a plausible basis for the Court's diversity or federal question jurisdiction. Accordingly, the Court will discontinue plaintiff's *in forma pauperis* status for this appeal.

**IT IS SO ORDERED**.

Dated: January 12, 2022

_____
SUSAN ILLSTON
United States District Judge