UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS GREMMELS,<br><br>  Plaintiff,<br><br>  v.<br><br>EMERSONS SPORT TRAINING AND FITNESS,<br><br>  Defendant. | Case No. 21-cv-06104-SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PACER ACCESS AND EXTENSION OF TIME**<br><br>Re: Dkt. No. 28 |

On December 16, 2021, plaintiff filed a motion requesting: (1) waiver of appeals fees and copy costs, (2) unlimited free PACER access, (3) permission to exceed the 30-day deadline to appeal decisions of this Court, (4) and reconsideration of the Court's termination of plaintiff's motion requesting litigation rather than ADR. Dkt. No. 28.

On referral from the Ninth Circuit, this Court previously determined that plaintiff's appeal in this case was frivolous and discontinued plaintiff's *in forma pauperis* status on appeal. Dkt. No. 33. Accordingly, plaintiff's requests for waiver of fees, copy costs, and all future PACER fees are **DENIED AS MOOT**. However, to afford plaintiff the ability to review filings and access documents for his own records, the Court will (in this limited instance) **GRANT** plaintiff free PACER access for 21 days following the entry this order.

Plaintiff's request to exceed the 30-day extension to file appeals is also **DENIED AS MOOT**. Plaintiff already filed a notice of appeal in this case on December 16, 2021 (on the same day he filed the instant motion). See Dkt. No. 30. To the extent plaintiff requests extensions of time in other, unrelated cases, plaintiff must request relief in those individual cases. The Court further

1  declines to disturb this Court's earlier termination of plaintiff's motion seeking to transition his

2  cases from ADR to litigation, and thus **DENIES** this portion of the motion.

4  **IT IS SO ORDERED**.

5  Dated: April 1, 2022

_____
SUSAN ILLSTON
United States District Judge