UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS GREMMELS,<br><br>          Plaintiff,<br><br>    v.<br><br>EMERSONS SPORT TRAINING AND FITNESS,<br><br>          Defendant. | Case No. 21-cv-06104-SI<br><br>**JUDGMENT** |

An order dismissing plaintiff's complaint without prejudice was filed on November 29, 2021. Dkt. No. 24. Judgment against plaintiff and in favor of defendants is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 1, 2022

_____
SUSAN ILLSTON
United States District Judge